# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2020

161873(129)

TIA CORPORATION,
        Plaintiff-Appellee,

v

PEACEWAYS,
        Defendant,
and

FREDERICK C. ROESTI,
        Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161873
COA: 346591
Calhoun CC: 17-000014-CH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on October 14, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2020



Clerk